## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Herbert Edward Miller,<br>        Debtor. | ) Case No. 19-23392 - E - 11<br>) Docket Control No.<br>) Document No. 20<br>) Date: 07/11/2019<br>) Time: 10:30 AM<br>) DEPT: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Order to Show Cause having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Order to Show Cause is sustained, no other sanctions are issued pursuant thereto, and the case is dismissed.

**Dated:** July 15, 2019

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court

[20] - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 7/11/2019 at 10:30 AM at Sacramento Courtroom 33, Department E. (jbrm)